**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**REGINALD S. WHITE,**

        **Plaintiff,**

**v.**                            **Case No.  4:18cv210-MW/CAS**

**JULIE JONES, et al.,**

        **Defendants.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b)." The Clerk shall close the file.

**SO ORDERED on June 15, 2018.**

                               **s/Mark E. Walker**_____
                               **United States District Judge**